■ MATTHEW D. ELLIS et al., Respondents, v CRAIG ALAN EMERSON et al., Appellants. [874 NYS2d 857]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.

■ In the Matter of CLAUDIA CHILDS, Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents. [874 NYS2d 857]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Green, JJ.

■ In the Matter of HARPER's AUTO SERVICE, INC., et al., Petitioners, v NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, Respondent. [874 NYS2d 857]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS MARTINEZ, Appellant. [874 NYS2d 857]—Motion for reargument denied. Present—Hurlbutt, J.P., Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TROY ALEXANDER, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [874 NYS2d 854]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Order of Supreme Court, Onondaga County, John J. Brunetti, A.J.—Habeas Corpus). Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES A. DINGLE, Appellant, v JAMES T. CONWAY, Superintendent, Attica Correctional Facility, Respondent. [874 NYS2d 853]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Order of Supreme Court, Wyoming County, Mark H. Dadd, A.J.—Habeas Corpus). Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.